IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Beckley Division

WILLIAM HORTON, on behalf
of himself and all others
similarly situated,                                         PLAINTIFF

v.                                                                      CIVIL ACTION NO. 5:17-cv-04041
                                                                        Judge Irene C. Berger

PORTFOLIO RECOVERY
ASSOCIATES, LLC,                                            DEFENDANT

## DISMISSAL ORDER

The Court has been advised that all allegations, claims and demands asserted by the

Plaintiff, William Horton, against the Defendant, Portfolio Recovery Associates, LLC, have been

settled, compromised, and agreed. Further, based upon these representations the Plaintiff has

moved to dismiss the above styled civil action with prejudice between these parties pursuant to

Federal Rule of Civil Procedure 41(a)(2). It is, therefore, **Ordered** that the above styled civil

action be **dismissed with prejudice** as it pertains to those allegations, claims and demands

asserted by Plaintiff against Defendant. Each party to bear its own fees and costs.

        **ENTERED** _____, 2019

                                                    _____
                                                            Irene C. Berger
                                                    United States District Judge
                                                    Southern District of West Virginia

Prepared by:

*s/ Patricia M. Kipnis*_____
Patricia M. Kipnis (WVSB #12896)
Bailey & Glasser LLP
923 Haddonfield Road
Suite 300
Cherry Hill, New Jersey 08002
(856) 324-8219
pkipnis@baileyglasser.com

Jonathan R. Marshall (WVSB  #10580)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 facsimile
jmarshall@baileyglasser.com

Steven R. Broadwater, Jr. (W. Va. Bar #11355)
Hamilton Burgess Young and Pollard PLLC
P. O. Box 959
Fayetteville, WV 25840
304-574-2727
sbroadwater@hamiltonburgess.com

*Counsel for Plaintiff*