IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

WILLIAM HORTON,

        Plaintiff,

v.                            CIVIL ACTION NO.   5:17-cv-04041

PORTFOLIO RECOVERY
ASSOCIATES, L.L.C.,

        Defendant.

### ORDER OF DISMISSAL

On December 13, 2018, the Court was advised that the above-styled civil action has been compromised and settled. Accordingly, the Court does hereby **ORDER** that the remaining requirements and deadlines contained in the scheduling order be suspended and that this action be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of the Court, each party to bear its own fees and costs. The Court further **ORDERS** that any motions pending at the time of this dismissal are hereby **TERMINATED AS MOOT**.

The Court **DIRECTS** the Clerk of this Court to send a certified copy of this Order to any pro se party and to all counsel of record.

                ENTER:   January 8, 2019

                IRENE C. BERGER
                UNITED STATES DISTRICT JUDGE
                SOUTHERN DISTRICT OF WEST VIRGINIA